# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-194
Lower Tribunal No. 17-609-A-K

_____

**Jeffrey Louis Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark Wilson, Judge.

Jeffrey Louis Smith, in proper person.

Ashley Moody, Attorney General, and Brian H. Zack, Assistant Attorney General, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.